836

No. 258. STRITE ET AL., EXECUTORS *v.* McGINNES, DISTRICT DIRECTOR OF' INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Henry D. O'Connor* for petitioners. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.

No. 261. MIRABILE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph S. Kaufman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 263. STAHL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George T. Altman* for petitioners. *Solicitor General Cox* for respondent.

No. 264. TATE, TRUSTEE *v.* NATIONAL ACCEPTANCE CO. OF AMERICA. C. A. 6th Cir. Certiorari denied. *John A. Rowntree* for petitioner. *Murray Seasongood* and *Joseph A. Segal* for respondent.

No. 266. JOHNS-MANVILLE CORP. *v.* ITALIT, INC. C. A. 5th Cir. Certiorari denied. *C. Willard Hayes, Irvin H. Rimel* and *Joseph J. Kelly* for petitioner. *Stanton T. Lawrence, Jr.,* and *Robert McKay* for respondent.

No. 269. PULLIAM *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Morrison Shafroth* and *James H. Skinner, Jr.,* for petitioner. *Solicitor General Cox; Assistant Attorney General Oberdorfer* and *Loring W. Post* for respondent.